IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICHAEL PARKS, et al.,                        )
                                              )
            Plaintiffs,                       )
                                              )
      v.                                      )
                                              )     1:26-cv-863 (LMB/WEF)
MARKWAYNE MULLIN, Secretary of                )
Homeland Security,                            )
                                              )
            Defendant.                        )

## ORDER

For the reasons stated in open court, defendant's Motion for Summary Judgment, [Dkt. No. 42], is GRANTED; and it is hereby

ORDERED that the Second Amended Complaint, [Dkt. No. 37], be and is DISMISSED; and it is further

ORDERED that plaintiffs Michael Parks, Sukeena Stephens, and Freeman Jordan may file separate individual, non-class complaints, which will be randomly assigned to a judge within this division.

The Clerk is directed to enter judgment in favor of defendant pursuant to Fed. R. Civ. P. 58, forward a copy of this Order to counsel of record, and close this civil action.

Entered this 29th day of May, 2026.

Alexandria, Virginia

                                              /s/ _____
                                              Leonie M. Brinkema
                                              United States District Judge